# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAVON JONES,<br>on behalf of Plaintiff and the class members described below,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ADVANCE.CASH, a limited liability company;<br>MAKES CENTS, INC.,<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING;<br>CANE BAY PARTNERS VI, LLLP;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>STRATEGIC LINK CONSULTING, LP;<br>ESOTERIC VENTURES, LLC;<br>INFOTEL INTERNATIONAL LTD.;<br>M. MARK HIGH, LTD.;<br>and DOES 1-20,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Acknowledged**<br>TWP<br>September 19, 2025<br><br><br>1:25-cv-01305-TWP-TAB |

## **NOTICE OF DISMISSAL**

Plaintiff, Shavon Jones, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses her individual claims without prejudice against Defendants Advance.Cash, a limited liability company, Makes Cents, Inc., David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd. and Does 1-20, with each party to bear their own costs and attorneys' fees. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear their own costs and attorneys' fees.

1

                              Respectfully submitted,

                              <u>s/ Daniel A. Edelman</u>
                              Daniel A. Edelman

Daniel A. Edelman
Heather Kolbus
Alexandra Huzyk
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on September 18, 2025, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, and sent a true and accurate copy of the foregoing document to the following:

**VIA EMAIL:**
Advance.Cash and Makes Cents, Inc., c/o Timothy W. Billion –
Tbillion@RobinsKaplan.com

David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., and M. Mark High, Ltd., c/o Dominic Isgro – Dominic@isgrolaw.com

                                            */s/ Daniel A. Edelman*
                                            Daniel A. Edelman